# EXHIBIT A

Exhibit A

