# EXHIBIT B

Exhibit B

