Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
Harold Lloyd Entertainment. Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LLOYD ENTERTAINMENT, INC., a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>CUPECOY HOME FASHION, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  2:14-cv-01773-GAF-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Harold Lloyd Entertainment, Inc. hereby voluntarily dismisses this action with regard to Plaintiff's claims, in their entirety WITH PREJUDICE.

Dated: May 21, 2014            **ONE LLP**

                    By:  /s/ John Tehranian
                         John Tehranian
                         Attorneys for Plaintiff,
                         Harold Lloyd Entertainment, Inc.